■ THE PEOPLE OF THE STATE OF NEW YORK v. MORRIS STRAUSS.— Motion for leave to reargue denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ WILLIAM KRIGER et al., v. INDUSTRIAL REHABILITATION CORPORATION et al.— Motion by defendant-respondent, Joseph P. Day, Inc., for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ WILLIAM KRIGER et al., v. INDUSTRIAL REHABILITATION CORPORATION et al.— Motion by defendant-respondent, General Electric Company, for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of LEXANN REALTY CORP. against ROBERT C. WEAVER, as State Rent Administrator.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ MADISON 52ND CORPORATION v. NAT LUXENBERG.— Application granted. Concur — Breitel, J. P., Rabin, Valente and McNally, JJ.

■ 213–215 EAST 144TH STREET CORP. v. MENDEL GUTTENBERG et al.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ GUSTAVE SILVERMAN et al., v. HOTEL WALES, INC., et al.— Motion for leave to reargue Motion No. 27 of May 26, 1959 denied, with $10 costs. The stay contained in the order to show cause, dated June 12, 1959, is vacated. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ IDELL FRANKENHEIM et al. v. B. ALTMAN & Co.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ SHIRLEY BARETZ et al. v. ABRAHAM NEMERSON et al.— Motion to dismiss appeal from order of November 25, 1958 granted, with $10 costs, and in all other respects denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ WETZELL GUMMIWERKE A. G. v. KLEPPER COMPANY, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ KLEPPERWERKE K. G., v. KLEPPER COMPANY, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ MEB EXPORT CO., INC. v. NATIONAL CITY BANK OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of SIDNEY LEINWOHL et al., Doing Business as NEW YORK DETECTIVE BUREAU against DEPARTMENT OF STATE OF STATE OF NEW YORK et al.— Motion to dismiss appeal granted unless the proceeding is brought on for argument or submission during the October 1959 Term of this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HENRY CARDONA.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ WILLIAM S. WEBER v. OTIS ELEVATOR COMPANY.— Motion granted insofar as to permit the appeal to be heard on the original record, without